**Order filed, June 04, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00311-CR
_____

**ROBERT VILLARREAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 07CR2810**

## ORDER

The reporter's record in this case was due **May 1, 2012**, 2012. *See* Tex. R. App. P. 35.1. On May 1, 2012, this court granted the court reporters request for extension of time to file the record until **May 31, 2012**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Judy Hansen**, the official court reporter, to file the record in this appeal **on or before June 14, 2012. No further extension will be entertained absent**

**exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Judy Hansen** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM